**456**

**Robert A. JONES, Appellant,**

v.

**LOUISVILLE RACING CORPORATION**
**d/b/a Miles Park, Inc., et al.,**
**Appellees.**

Court of Appeals of Kentucky.

June 28, 1974.

Gary L. Gardner and John E. Taylor, Eubanks, Gardner & Schaefer, Louisville, for appellant.

Robert C. Hobson and John P. Sandidge, Woodward, Hobson & Fulton, Louisville, for appellees.

Memorandum Opinion of the Court by Commissioner CULLEN, Affirming.*

---

**Barbara B. KABLER, Adm'x, Estate of**
**Edna F. Blankenship, Deceased,**
**et al., Appellants,**

v.

**Dr. Jack ENSOR, Appellee.**

Court of Appeals of Kentucky.

June 28, 1974.

James E. Clarkson, Maysville, Herbert D. Sledd, Brown, Sledd & McCann, Lexington, for appellant.

Woodson T. Wood, Fox, Wood & Wood, Maysville, for appellee.

Memorandum Opinion of the Court by Justice JONES, Affirming.*

---

**E. A. LEE, Appellant,**

v.

**Eli J. GEORGE et al., Appellees.**

Court of Appeals of Kentucky.

June 28, 1974.

Frank E. Haddad, Jr., Mark Davis, Jr., Louisville, for appellant.

Robert Spragens, Jr., Spragens, Avritt & Spragens, Lebanon, for appellees.

Memorandum Opinion of the Court by Special Commissioner WILLIAM G. FUQUA, Affirming.*

---

**Milton E. LUKINS, t/d/b/a Randl Con-**
**struction Company, Appellant,**

v.

**CITY OF LOUISVILLE, Appellee.**

**Milton E. LUKINS, t/d/b/a Randl Con-**
**struction Company, Appellant,**

v.

**BOARD OF EDUCATION OF·LOUIS-**
**VILLE, Kentucky, et al., Appellees.**

Court of Appeals of Kentucky.

June 28, 1974.

---

* Opinion ordered not to be published.

Alexander G. Booth, J. Leonard Walker, Louisville, for appellant.

Hogan, Taylor, Denzer & Bennett, Henry A. Triplett, David N. Everett, Kenneth L. Anderson, Woodward, Hobson & Fulton, Herbert Van Arsdale II, Hugo Taustine, Louisville, for appellees.

Memorandum Opinion of the Court by Commissioner VANCE, Affirming.*

**Maryann Pate NIEDERT**

v.

**Raymond Wallace NIEDERT.**

Court of Appeals of Kentucky.

June 28, 1974.

W. Howard Clay, Louisville, for appellant.

S. J. Stallings, Louisville, for appellee.

Memorandum Opinion PER CURIAM, Reversing.*

**James Franklin ROGERS, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

June 28, 1974.

Thomas D. Shumate, Shumate, Shumate & Flaherty, Richmond, for appellant.

Ed W. Hancock, Atty. Gen., Robert L. Chenoweth, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion PER CURIAM, Affirming.*

**Lawrence Edward "Fats" SPEARS, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

June 28, 1974.

Lester H. Burns, Jr., Somerset, for appellant.

Ed Hancock, Atty. Gen., Patrick B. Kimberlin III, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Justice MILLIKEN, Affirming.*

* Opinion ordered not to be published.